# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SANCHEZ, | Case No. 1:15-cv-01868-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| N. KRAMER, et al., | (ECF NO. 2) |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cri. 2000).

//
//
//
//
//

1

1  On December 14, 2015, Plaintiff has filed an application to proceed in forma pauperis.
2 (ECF No. 2.)  Examination of Plaintiff's application reveals that Plaintiff is unable to afford the
3 costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **December 24, 2015**

UNITED STATES MAGISTRATE JUDGE