| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JESSE SANCHEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>NORM KRAMER, et al.,<br><br>           Defendants. | No. 1:15-cv-01868-DAD-SAB<br><br>ORDER SETTING DEADLINE TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 11)<br><br>Deadline to File Second Amended Complaint: October 24, 2018 |

Plaintiff Jesse Sanchez is a civil detainee appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on December 14, 2015, filing a complaint, alleging that Defendants knowingly subjected him to Valley Fever, in violation of Plaintiff's constitutional rights. (ECF No. 1.) The undersigned found that Plaintiff failed to state a cognizable claim but granted leave to amend, (ECF No. 5), and on February 29, 2016, Plaintiff filed an amended complaint, (ECF No. 8).

On May 20, 2016, the undersigned screened Plaintiff's amended complaint and issued findings and recommendations recommending that this action be dismissed for the failure to state a cognizable claim. (ECF No. 9.) On September 20, 2018, the District Judge declined to adopt

the findings and recommendations, and granted Plaintiff leave to file a second amended complaint.  (ECF No. 11.)  However, no deadline was set for Plaintiff's compliance with that order.  (*Id*.)

     Accordingly, the Court HEREBY ORDERS that Plaintiff must file his second amended complaint in compliance with the Court's September 20, 2018 order no later than **October 24, 2018**.

IT IS SO ORDERED.

Dated:   **September 21, 2018**

UNITED STATES MAGISTRATE JUDGE