UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JESSE SANCHEZ, | No. 1:15-cv-01868-DAD-SAB |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| NORM KRAMER, et al., | |
| Defendants. | (ECF Nos. 11, 12) |
| | **FOURTEEN-DAY DEADLINE** |

Plaintiff Jesse Sanchez is a civil detainee appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2016, the undersigned screened Plaintiff's amended complaint and issued findings and recommendations recommending that this action be dismissed for the failure to state a cognizable claim. (ECF No. 9.) On September 20, 2018, the District Judge declined to adopt the findings and recommendations, and granted Plaintiff leave to file a second amended complaint. (ECF No. 11.) However, no deadline was set for Plaintiff's compliance with that order. (*Id.*) Therefore, on September 21, 2018, the Court ordered Plaintiff to file his second amended complaint no later than October 24, 2018. (Doc. No. 12.)

The above deadline has passed, and Plaintiff has not filed any second amended complaint, or otherwise communicated with the Court. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within fourteen (14) days of the date of this order:

    a. show cause in writing as to why this action should not be dismissed;

    b. file a voluntary dismissal; or

    c. file a second amended complaint; and

2. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action for the failure to state a claim for relief, the failure to comply with a court order, and the failure to prosecute;

3. <u>No extensions of time will be granted to file a second amended complaint or response to this order absent good cause</u>.

IT IS SO ORDERED.

Dated: __October 31, 2018__

_____
UNITED STATES MAGISTRATE JUDGE